UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN DIVISION

C.A. NO: 08-CV-30184-MAP

Cecil Brace, Administrator )
of the Estate of Cynthia Brace, )
   Plaintiff )
          )
   v. )
          )
Commonwealth of Massachusetts, )
   Defendant )

## PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT
### (with incorporated memorandum of law)

Now comes the Plaintiff and moves that his Honorable Court remand this

case to the Massachusetts State Trial Court, Superior Court Department, Hampden

County on the grounds and for the reasons set forth hereinafter.

### Procedural History

This case was originally filed in the Hampden County Superior Court, Trial

Court of the Commonwealth of Massachusetts, but was removed to the Federal

District Court by the defendants based on the federal civil rights claims made in

the Complaint. During the pendency of the case, counts against individual

defendants Linda Goodman, Jennifer Belle-Isle, and Rebecca Frey were

voluntarily dismissed.

Thereafter, defendants filed a motion for summary judgment on the

remaining claims, including claims against the Commonwealth of Massachusetts,

and two individual defendants, Steven Gobeille and Jennifer Kane. Arguments

*(handwritten margin note, left side, rotated:)* DENIED. Given the delays already incurred, remand would be unfair to Defendants. To accommodate Plaintiff's counsel, the trial is set for March 22, 2012. Counsel used appear for a status conference on February 7, 2012 at 3p.m. [illegible signature] 1/25/12 USDJ 1:25

*(handwritten, bottom right:)* 13