UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 08-CV-30184-MAP

| | |
|---|---|
| ESTATE OF CYNTHIA BRACE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMONWEALTH OF | ) |
| MASSACHUSETTS, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

IT IS HEREBY ORDERED that the Office of the Chief Medical Examiner ("ME") produce all material relative to an Autopsy performed on August 21, 2005 by Dr. Joann Richmond, M.D. with respect to the August 20, 2005 death of Cynthia Brace at the Hampden County House of Corrections including any medical data or records, any audio and/or video recordings, and/or any photographs, including autopsy photographs, relating thereto.

| | |
|---|---|
| Legal Name of Decedent: | Cynthia Brace |
| ME Case #: | 2005-2629 |
| Medical Examiner: | Joann Richmond, M.D. |
| Date of Examination: | August 21, 2005 |

IT IS HEREBY FURTHER ORDERED that any and all documents or photographs produced by the ME during the pendency of this litigation be used only for litigation purposes and not be disseminated to any person or entity outside the scope of this litigation.

Dated: 3·23·12

United States District Court Judge